UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Victor, Jeremy F.

Case No.:  20-23703-CMG
Chapter:  7
Judge:  Christine M. Gravelle

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on February 23, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
107 Meridian Dr.
Brick, NJ

Valued at: $210,000.00

Liens on property:

Flagstar
$190,816.00

Amount of equity claimed as exempt:

$21,811.85

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Trustee

Address:  McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Jeremy F Victor  
    Debtor

Case No. 20-23703-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 20, 2021      Form ID: pdf905      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy F Victor, 107 Meridian Dr, Brick, NJ 08724-3942 |
| 519050710 | + | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 519050711 | + | American Education Services, Pob 61047, Harrisburg, PA 17106-1047 |
| 519050714 | + | American Express, co Zwicker & Associates, PC, 80 Minuteman Road, Andover, MA 01810-1008 |
| 519050712 | | American Express, c/o Zwicker & Associates PC, 80 Minuteman Rd., Andover, MA 01810-1008 |
| 519050713 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519050716 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519050715 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519050720 | | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519050723 | + | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519050722 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519050721 | + | Citibank, c/o Citicorp Credit Srvs, Attn: Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519050733 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, c/o Department Store National Bank, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519050727 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 519050731 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519050729 | | Flagstar Bank, Route 17 North, Paramus, NJ |
| 519050736 | + | Monmouth University, 400 Cedar Ave., West Long Branch, NJ 07764-1898 |
| 519050738 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 519050741 | + | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 519050742 | | U.S. Bancorp, Cb Disputes, Saint Louis, MO 63166 |
| 519050743 | + | Wells Fargo Bank NA, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519050746 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519050744 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519050745 | + | Wells Fargo Bank NA, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 519050747 | | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519050726 | | Email/Text: mrdiscen@discover.com | Jan 20 2021 22:59:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519050724 | | Email/Text: mrdiscen@discover.com | Jan 20 2021 22:59:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519050725 | + | Email/Text: mrdiscen@discover.com | Jan 20 2021 22:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519050728 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |

Case 20-23703-CMG    Doc 8    Filed 01/22/21    Entered 01/23/21 00:22:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf905 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519050730 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 20 2021 23:02:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519050732 | | Email/Text: bankruptcy@hvfcu.org | Jan 20 2021 23:02:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| | | | Jan 20 2021 23:02:00 | Hudson Valley Credit Union, PO Box 1071, Poughkeepsie, NY 12602-1071 |
| 519050717 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 22:47:18 | Chase, c/o Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 519050718 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 22:55:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519050719 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 22:51:34 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519050737 | + | Email/PDF: pa_dc_claims@navient.com | Jan 20 2021 22:55:41 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 519050739 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:51:20 | PPC, c/o Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519050740 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:51:20 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519050734 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, c/o Department Store National Bank, Po Box 8218, Mason, OH 45040 |
| 519050735 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macys, P.O. Box 183083, Columbus, OH 43218 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021             Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf905 | Total Noticed: 39 |

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
on behalf of Debtor Jeremy F Victor courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 4