**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeremy F Victor | Social Security number or ITIN   xxx–xx–6956 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–23703–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeremy F Victor
dba Victory Construction Management LLC

3/19/21                                **By the court:**   Christine M. Gravelle
                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jeremy F Victor  
    Debtor

Case No. 20-23703-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Mar 19, 2021     Form ID: 318     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy F Victor, 107 Meridian Dr, Brick, NJ 08724-3942 |
| cr | + | Hudson Valley Federal Credit Union, 112 Delafield Street, Suite 200, Poughkeepsie, NY 12601-1752 |
| 519050710 | + | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 519050711 | + | American Education Services, Pob 61047, Harrisburg, PA 17106-1047 |
| 519050714 | + | American Express, co Zwicker & Associates, PC, 80 Minuteman Road, Andover, MA 01810-1008 |
| 519050712 | | American Express, c/o Zwicker & Associates PC, 80 Minuteman Rd., Andover, MA 01810-1008 |
| 519050727 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 519050731 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519050729 | | Flagstar Bank, Route 17 North, Paramus, NJ |
| 519050736 | + | Monmouth University, 400 Cedar Ave., West Long Branch, NJ 07764-1898 |
| 519050738 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 519050742 | | U.S. Bancorp, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519050713 | | EDI: AMEREXPR.COM | Mar 20 2021 00:38:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519050716 | + | EDI: AMEREXPR.COM | Mar 20 2021 00:38:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519050715 | + | EDI: AMEREXPR.COM | Mar 20 2021 00:38:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519050720 | | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519050723 | + | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519050721 | + | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Citibank, c/o Citicorp Credit Srvs, Attn: Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519050722 | + | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519050726 | | EDI: DISCOVER.COM | Mar 20 2021 00:38:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519050733 | | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Macy's, c/o Department Store National Bank, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519050734 | | EDI: CITICORP.COM | | |

Case 20-23703-CMG    Doc 13    Filed 03/21/21    Entered 03/22/21 00:54:37    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 20 2021 00:38:00 | Macy's, c/o Department Store National Bank, Po Box 8218, Mason, OH 45040 |
| 519050735 | | EDI: CITICORP.COM | | |
| | | | Mar 20 2021 00:38:00 | Macys, P.O. Box 183083, Columbus, OH 43218 |
| 519050724 | | EDI: DISCOVER.COM | | |
| | | | Mar 20 2021 00:38:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519050725 | + | EDI: DISCOVER.COM | | |
| | | | Mar 20 2021 00:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519050728 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | Mar 19 2021 21:14:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519050730 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | Mar 19 2021 21:14:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519050732 | | Email/Text: bankruptcy@hvfcu.org | | |
| | | | Mar 19 2021 21:15:00 | Hudson Valley Credit Union, PO Box 1071, Poughkeepsie, NY 12602-1071 |
| 519050717 | | EDI: JPMORGANCHASE | | |
| | | | Mar 20 2021 00:38:00 | Chase, c/o Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 519050718 | | EDI: JPMORGANCHASE | | |
| | | | Mar 20 2021 00:38:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519050719 | | EDI: JPMORGANCHASE | | |
| | | | Mar 20 2021 00:38:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519050737 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Mar 20 2021 00:38:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 519050739 | + | EDI: RMSC.COM | | |
| | | | Mar 20 2021 00:38:00 | PPC, c/o Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519050740 | + | EDI: RMSC.COM | | |
| | | | Mar 20 2021 00:38:00 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 519050741 | + | EDI: USBANKARS.COM | | |
| | | | Mar 20 2021 00:38:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 519050745 | + | EDI: WFFC.COM | | |
| | | | Mar 20 2021 00:38:00 | Wells Fargo Bank NA, Po Box 5185, Sioux Falls, SD 57117-5185 |
| 519050744 | + | EDI: WFFC.COM | | |
| | | | Mar 20 2021 00:38:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519050746 | | EDI: WFFC.COM | | |
| | | | Mar 20 2021 00:38:00 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519050743 | + | EDI: WFFC.COM | | |
| | | | Mar 20 2021 00:38:00 | Wells Fargo Bank NA, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519050747 | | EDI: WFFC.COM | | |
| | | | Mar 20 2021 00:38:00 | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Jeremy F Victor courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 4